UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    MARY LOU MILLER<br>        Debtor<br><br>TRUIST BANK f/k/a BB&T<br>        Movant<br>    v.<br><br>Mary Lou Miller<br>        Respondent | CHAPTER 13<br>CASE NO. 5:21-bk-00321-HWV |

## **CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Objection of **TRUIST BANK f/k/a BB&T** to Confirmation of Chapter 13 Plan by first-class mail or by electronic means on **April 8, 2021.**

Robert J. Kidwell, III
Newman Williams
712 Monroe Street
Stroudsburg, PA 18360

Charles J. DeHart, III
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

**Service by First-Class Mail**

Mary Lou Miller
251 Pokona Avenue
Stroudsburg, PA 18360

                              **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP**

                              */s/Peter E. Meltzer*
                              Peter E. Meltzer, Esquire
                              PA Identification No. 39828
                              2000 Market Street, 13th Floor
                              Philadelphia. PA 19103
                              267-295-3363
                              pmeltzer@wglaw.com
                              Attorneys for Movant